JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | CV 24-00401-MWF (PDx) | **Date:** September 24, 2025 |
| **Title:** | Aaron Weiss et al. v. Rocket Mortgage, LLC et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING ACTION; ENTRY OF JUDGMENT

On August 25, 2025, the Court denied Plaintiffs Aaron and Rebecca Weiss's Amended Motion for Default Judgment and Attorney's Fees and Costs filed against Defendant Landmark Mortgage Capital, Inc. (*See generally* Docket No. 39). In that Order, the Court stated that a failure to file a renewed motion for default judgment by September 15, 2025, would result in the action against Defendant Landmark being dismissed for failure to prosecute. (*See id.* at 6). As of September 24, 2025, Plaintiffs have not filed a renewed motion for default judgment.

Accordingly, the action against Defendant Landmark is **DISMISSED** *without prejudice* for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962).

IT IS SO ORDERED.

As the Court previously dismissed the claims against Defendant Rocket Mortgage, LLC, (*see* Docket No. 34), the only other Defendant in this action, this Order constitutes notice of entry of judgment against Plaintiffs Aaron and Rebecca Weiss as to all Defendants, pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.